# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONOCOPHILLIPS CO.** | : | **CIVIL ACTION** |
| v. | : | **NO. 09-3842** |
| **UNITED STEELWORKERS, LOCAL 10-234** | : | |

## ORDER

**AND NOW**, this 19th day of January, 2010, it is **ORDERED** that the Motion for Summary Judgment by Plaintiff ConocoPhillips (Doc. No. 14) and the Cross-Motion for Summary Judgment by Defendant United Steelworkers, Local 234 (Doc. No. 12) are GRANTED IN PART AND DENIED IN PART. The Arbitration Opinion and Award shall be MODIFIED as follows: that portion of the Arbitrator's Opinion describing a five-step progressive discipline structure is merely illustrative and that structure is not part of the Parties' Collective Bargaining Agreement and is not required by the Collective Bargaining Agreement. The Opinion and Award are otherwise CONFIRMED.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
**Paul S. Diamond, J.**